

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-17-00074-CV
_____

IN THE ESTATE OF LAUREN LEE ELROD, DECEASED

On Appeal from the County Court at Law
Harrison County, Texas
Trial Court No. 2016-17,442-A-CCL

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

The appellant, Michael Bacon, has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.


Ralph K. Burgess
Justice

Date Submitted:     July 2, 2018
Date Decided:       July 3, 2018